# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

January 3, 2020

United States District Court
Northern District of Illinois
Office of the Clerk
219 South Dearborn Street
Chicago, IL 60604


Re: TAYLOR v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
Cause Number: 1:19−cv−04651−JPH−DLP

To Whom it May Concern:

Pursuant to an Order dated January 3, 2020, the above file is being transferred to the United States District Court for the Northern District of Illinois. The case file has been transferred electronically to your court via CM/ECF.

Sincerely,

Laura A. Briggs


By: s/Melanie Carmichael
Melanie Carmichael, Deputy Clerk


cc: Counsel of record